# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER ANDERSON,** | } | |
| **Plaintiff,** | } } } | |
| v. | } } | Case No.: 7:21-CV-00285-RDP |
| **MOLLERTECH USA LLC,** | } } } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 16), filed April 14, 2022, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this April 15, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE